IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
OCT - 4 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:05CR235-T |
| v. ) | |
| ) | [18 U.S.C. 1546(b)(2); |
| ) | 42 U.S.C. 408(a)(7)(C); |
| OSCAR HERNANDEZ MARTINEZ, ) | 18 U.S.C. 2] |
| ENRIQUE DEL PILAR RUEDAS, ) | |
| ANTONIO RUIZ GAYTAN, ) | |
| JORGE URIBE-HERNANDEZ, ) | |
| a/k/a CHRISTIAN PEREZ ) | **INDICTMENT** |

**The Grand Jury charges:**

## COUNT 1

From on or about September 7, 2005, up to on or about September 29, 2005, in Montgomery County, Alabama, in the Middle District of Alabama, the defendants,

**OSCAR HERNANDEZ MARTINEZ,
ENRIQUE DEL PILAR RUEDAS,
ANTONIO RUIZ GAYTAN,
JORGE URIBE-HERNANDEZ,
a/k/a CHRISTIAN PEREZ,**

while aiding and abetting one another, knowingly forged, counterfeited, altered, and falsely made an alien registration receipt card, sold said document, and possessed distinctive paper adopted by the Attorney General, the Commissioner of the Immigration and Naturalization Service, and the Secretary of the Department of Homeland Security, for the printing of said documents, in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 2

From on or about September 7, 2005, up to on or about September 29, 2005, in Montgomery County, Alabama, in the Middle District of Alabama, the defendants,

**OSCAR HERNANDEZ MARTINEZ,
ENRIQUE DEL PILAR RUEDAS,
ANTONIO RUIZ GAYTAN,
JORGE URIBE-HERNANDEZ,
a/k/a CHRISTIAN PEREZ,**

while aiding and abetting one another, knowingly altered a social security card issued by the Commissioner of Social Security, sold a card that was and purported to be a card so issued, counterfeited a social security card, and possessed a social security card with intent to sell and alter it, in violation of Title 42, United States Code, Section 408(a)(7)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Todd A. Brown
Assistant United States Attorney