IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:05-cr-00235-T |
| ) | |
| OSCAR HERNANDEZ MARTINEZ ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **October 19, 2005** in the above-styled case.

You are DIRECTED to produce the following named prisoner: **OSCAR HERNANDEZ MARTINEZ** before the United States District Court at Courtroom 5A, on the 19th day of October, 2005, at 10:00 a.m.

DONE, this the 5th day of October, 2005.

DELORES BOYD
UNITED STATES MAGISTRATE JUDGE

By: *[signature]*
Deputy Clerk