IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CR. NO. **2:05-CR-0235-T** |
| **v.** | ) | [18 U.S.C. 1546(b)(2); |
| | ) | 42 U.S.C. 408(a)(7)(C); |
| **OSCAR HERNANDEZ MARTINEZ,** | ) | 18 U.S.C. 2] |
| **ENRIQUE DEL PILAR RUEDAS,** | ) | |
| **ANTONIO RUIZ GAYTAN,** | ) | |
| **JORGE URIBE-HERNANDEZ,** | ) | |
| **a/k/a CHRISTIAN PEREZ** | ) | |

**NOTICE OF FILING OF DETAINER**

    **COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the instant Notice as follows:

    1. Pursuant to this Court's order, and the provisions set forth in 18 U.S.C. § 3142(d), it is incumbent upon the United States to serve Notice when immigration detainers were filed in the instant cause, as Defendants were originally detained temporarily pursuant to 18 U.S.C. § 3142(d).

    2. The undersigned was informed that on Friday, October 7, 2005, immigration detainers were filed with the office of the United States Marshal in this district against all four Defendants.

    Respectfully submitted this 8th day of October, 2005.

                                              LEURA GARRETT CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Todd A. Brown
                                              TODD A. BROWN
                                              Assistant United States Attorney
                                              Post Office Box 197
                                              Montgomery, Alabama 36101-0197
                                              (334) 223-7280
                                              (334) 223-7135 fax
                                              ASB-1901-O64T
                                              Todd.Brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. **2:05-CR-0235-T** |
| v.   ) | [18 U.S.C. 1546(b)(2); |
| ) | 42 U.S.C. 408(a)(7)(C); |
| OSCAR HERNANDEZ MARTINEZ, ) | 18 U.S.C. 2] |
| ENRIQUE DEL PILAR RUEDAS, ) | |
| ANTONIO RUIZ GAYTAN, ) | |
| JORGE URIBE-HERNANDEZ, ) | |
| a/k/a CHRISTIAN PEREZ ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie W. Bethel, Esq., Federal Defenders Office, Daniel G. Hamm, Esq., Russell T. Duraski, Esq., and Ben E. Bruner, Esq.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
ASB-1901-O64T
Todd.Brown@usdoj.gov