IN THE UNITED STATES DISTRICT COURT
~~MIDDLE~~ DISTRICT OF ALABAMA
(NORTHERN) - ~~SOUTHERN~~ - ~~EASTERN~~ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. 2:05CR235-T |
| OSCAR HERNANDEZ MARTINEZ | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, OSCAR HERNANDEZ MARTINEZ, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

10/19/2005
DATE

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT