- [✓] **INITIAL APPEARANCE** On Indi
- [ ] **BOND HEARING**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [ ] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.
CASE NO. 2:05cr235-T
DEFT. NAME: Oscar Hernandez MARTINEZ
USA: T. Brown
ATTY: Dan Hamm
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO  ( ) Stand In ONLY
USPTSO/USPO: _____

Defendant ✓ does ___ does NOT need an interpreter

Interpreter present ___ NO ✓ YES  NAME: Beverly Childress

- [ ] kars.  Date of Arrest _____ or [ ] karsr40
- [✓] kia.  Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
- [ ] kcnsl.  Deft. First Appearance with Counsel
- [ ]  Deft. First Appearance without Counsel
- [ ]  Requests appointed Counsel  [ ] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff.  Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted  **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt.  Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]  Deft. Advises he will retain counsel. Has retained _____
- [ ]  Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]  Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg.  **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls.  Release order entered. Deft. advised of conditions of release
- [ ] kbnd.  [ ] BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR)
  [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ]  Preliminary Hearing [ ] Set for _____
- [ ] ko.  Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.  Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [✓] karr.  **ARRAIGNMENT SET FOR**: _____ [✓] HELD. Plea of **NOT GUILTY** entered.
  [ ] Set for 2-23-06 Trial Term; [ ] PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: 10-21-05
- [ ] krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.  Identity/Removal Hearing set for _____
- [ ] kwvspt  Waiver of Speedy Trial Act Rights Executed