# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ Northern   ☐ Southern   ☐ Eastern

HON. Delores Boyd AT Montgomery, Alabama
DATE COMMENCED 12-1-2005 @ 11:04 ☑ a.m. ☐ p.m
DATE COMPLETED 12-1-2005 @ 11:11 ☑ a.m. ☐ p.m

CASE NO. 2:05cr235-T: 01

UNITED STATES OF AMERICA    VS.    Oscar Hernandez MARTINEZ
Plaintiff(s)                         Defendant(s)

## APPEARANCES

Plaintiff(s)/Government           Defendant(s)
Brown                              Dan Hamm

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.    Crt Rptr: ___
Law Clerk: ___                 Interpreter: ___
USPO/USPTS: ___                Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___           ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Status Conference             ☐ Scheduling Conf.       ☐ Show Cause
☐ Revocation                    ☐ Telephone Conf.        ☐ Sentencing
☐ Settlement Conference         ☐ Revocation/Prtrl/SupvRel/Prob
☐ Non-Jury Trial
☐ Other ___

☑ Pretrial Conference

Pending Motions: None
Discovery Status: ___           Plea Status: Prob
Trial Status/Length: 2 Days     Trial Term: ___