IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-cr-235-T |
| ) | |
| OSCAR HERNANDEZ MARTINEZ ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody OSCAR HERNANDEZ MARTINEZ into the custody of Special Agents Tom Hetrick, Federal Bureau of Investigation; Orlando Gonzalez, Montgomery Police Department; Rosie Moses, Montgomery County Sheriff's Department; and/or Bill Dickinson, Alabama Attorney General's Office, on December 15, 2005, through June 30, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Agents Tom Hetrick, Orlando Gonzalez, Rosie Moses, and/or Bill Dickinson to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this 9th day of December, 2005.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN        ASB-1901-O64T
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov