IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-235-T |
| | ) | |
| OSCAR HERNANDEZ MARTINEZ | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed December 9, 2005, and for good cause, it ORDERED that the motion is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of OSCAR HERNANDEZ MARTINEZ to Special Agents Tom Hetrick, Federal Bureau of Investigation; Orlando Gonzalez, Montgomery Police Department; Rosie Moses, Montgomery County Sheriff's Department; and/or Bill Dickinson, Alabama Attorney General's Office, on December 15, 2005, through June 30, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Agents Tom Hetrick, Orlando Gonzalez, Rosie Moses, and/or Bill Dickinson return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of December , 2005.

_____
UNITED STATES MAGISTRATE JUDGE