**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
Clerk

TELEPHONE:
334 954-3600

December 12, 2005

## *NOTICE OF DEFICIENCY*

TO: AUSA Todd Born

FROM: Sheila Carnes
Deputy Clerk

SUBJECT: USA v Oscar Hernandez Martinez, et al
Cr No. 2:05-cr-00235-T

The Petitions (4) for Order Directing the United States Marshal to Release Custody of Prisoners, document numbers 56, 57, 58, 59, are deficient. Neither document includes a certificate of service. CM/ECF Administrative Procedures - Criminal, Section II, B2, directs that a certificate of service is required when document is filed electronically.

All motions, other than those that are sealed, should include a certification of service.