IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-00235-MHT-DRB |
| | ) | |
| OSCAR HERNANDEZ MARTINEZ | ) | |
| ENRIQUE DEL PILAR RUEDAS | ) | |
| ANTONIO RUIZ GAYTAN | ) | |
| JORGE URIBE-HERNANDEZ | ) | |
| | ) | |

ORDER

Pursuant to oral notices by all four defendants of their respective intent to change plea, it is, for good cause,

**ORDERED** that this case be set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **Thursday, January 12, 2006, at 11:00 a.m.**, in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding. If the defendants are in custody, the United States Marshal shall arrange for the defendants appearance at this proceeding.

Done this the 9th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE