**COURTROOM DEPUTY'S MINUTES**     DATE: 1-12-2006
**MIDDLE DISTRICT OF ALABAMA**     DIGITAL RECORDING: 11:18 am — 12:12 pm
                                    COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT     ☑ CHANGE OF PLEA     ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB     DEPUTY CLERK: sql
CASE NUMBER: 2:05cr235-T     DEFENDANT NAME: OSCAR HERNANDEZ MARTINEZ
AUSA: Todd Brown     DEFENDANT ATTORNEY: Dan Hamm

Type counsel ( )Waived; ( )Retained; (☑)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

USPO: Jakki Caple
Interpreter present? ( )NO; (☑)YES     Name: Beverly Childress

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:     ☐ Not Guilty
          ☑ Guilty as to:
              ☑ Count(s): 1
              ☑ Count(s): 2     ☐ dismissed on oral motion of USA
                                ☑ to be dismissed at sentencing

☑ Written plea agreement filed     ☐ ORDERED SEALED
☐ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
☐ CRIMINAL TERM:     ☐ WAIVER OF SPEEDY TRIAL filed.
                DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
          ☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
          ☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing:     ☐ Waiver of Conflict of Interest Form executed
                       ☐ Defendant requests time to secure new counsel