IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CR. NO. 2:05-CR-0235-LSC** |
| ) | |
| **OSCAR HERNANDEZ-MARTINEZ** ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty to an indictment charging violations of Title 18, United States Code, Section 1546, pursuant to a plea agreement.

2. Defendant agreed to cooperate with the Government in the instant cause and in subsequent investigations as necessary, and to waive his right to appeal.

3. Defendant met with investigating agents and prosecuting attorneys in this case as necessary. Defendant has provided information to federal and state law enforcement officers. Defendant cooperated by providing substantial information related to human smuggling routes from Mexico to the Middle District of Alabama and elsewhere in the United States. Defendant provided information regarding the source of materials used to produce and sell fraudulent documentation in the Middle District of Alabama, which has been forwarded to another federal district. Further, Defendant agreed to testify against co-defendants in this matter, should such be required. Although

that trial testimony was not required, the threat of such potential testimony was, in part, incentive for the other codefendants to enter guilty pleas. The assistance provided by Defendant is considered by the United States to be substantial.

    4. The Government is satisfied that Defendant is entitled to be considered for a reduction of sentence under § 5K1.1 U.S.S.G., and moves this Court to reduce the applicable offense level of Defendant by 3 levels.

    Respectfully submitted, this the 20th day of April, 2006.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    s/Todd A. Brown
    TODD A. BROWN
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: todd.brown@usdoj.gov
    ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:05-CR-0235-LSC |
| ) | |
| OSCAR HERNANDEZ-MARTINEZ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel G. Hamm, Esquire.

Respectfully submitted,

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T

3