**NONJURY TRIAL SHEET**

UNITED STATES OF AMERICA

vs.

Hernandez-Martinez, Del Pilar Ruedas, Gaytan, and Uribe-Hernandez

**Case Number:** 2:05-cr-235-LSC

**COURTROOM NOTES:** SENTENCING HEARING held before the Honorable L. Scott Coogler, USDJ - Interpreter Elizabeth J. Carico oral oath administered; Government's testimony and exhibits offered - Government rest - No defendant testimony - oral arguments - Court's (oral) ruling on the record - SUSTAINING Govt's objection - Motions (#83, 84, 85, 86) for all dfts as to acceptance of responsibilty - (orally) GRANTED; Motions (#87, 88, 89, 90) for all dfts for 5K1.1 downward departure - (orally) GRANTED; Sentences imposed as to all dfts; Govt's (oral) motion to dismiss Ct 2 as to all dfts - (orally) GRANTED w/prejudice; written judgment to be entered by the court; All dfts remanded to custody of USM /Adjourned

| GOVERNMENTS WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| Orlando Gonzales | |
| | |
| | |
| | |
| | |
| | |
| | |
| | Dft Atty: Daniel Hamm for Hernandez-Martinez |
| | Dft Atty: Ben Bruner for Del Pilar Ruedas |
| AUSA Todd Brown | Dft Atty: Russell Duraski for Gaytan |
| | Dft Atty: Donnie Bethel for Uribe-Hernandez |
| TRIAL DATES: 4/26/2006: 9:25 - 10:20 | |
| COURTROOM DEPUTY: Ann Fox | COURT REPORTER: Lindy Fuller |