**STYLE:** USA v. Hernandez-Martinez et al    **CASE NUMBER:** 2:05-CR-235-LSC

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br>(GOVERNMENT)<br>DEFENDANT<br>COURT<br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | ✓ | | | | | | 4/26/06 | ✓ | Blank card |
| | 2 | ✓ | | | | | | 4/26/06 | ✓ | Laminate |
| | 3 | | | | | | | | | |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 0 | | | | | | | | | |