AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:05-cr-00235-LSC-DRB   Document 107   Filed 10/23/2006   Page 1 of 5

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA

v.

OSCAR HERNANDEZ-MARTINEZ
Defendant.

RECEIVED
2006 OCT -6  P 12: 59

Case Number 2:05-CR-235-LSC

USM Number 11796-002

## JUDGMENT IN A CRIMINAL CASE
(For Offense(s) Committed On or After November 1, 1987)

The defendant, OSCAR HERNANDEZ-MARTINEZ, was represented by Daniel Gary Hamm.

On motion of the United States, the court has dismissed with prejudice count 2.

The defendant pleaded guilty to count 1. Accordingly, the defendant is adjudged guilty of the following count, involving the indicated offense:

| Title & Section | Nature of Offense | Offense Ended | Count Number(s) |
|---|---|---|---|
| 18 USC 1546(a) and 2 | Fraud and Misuse of Visas, Permits, and Other Documents and Aiding and Abetting | 9/29/05 | 1 |

As pronounced on April 26, 2006, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $100.00, for count 1, which shall be due immediately, payable to the Clerk, U.S. District Court, Middle District of Alabama, P.O. Box 711, Montgomery, AL 36104.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Done this 1st day of May 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019

ATTEST: A True Copy
Certified to May 2, 2006
Clerk, U.S. District Court,
Middle District of Alabama
BY _____ Deputy Clerk

Case 2:05-cr-00235-LSC-DRB   Document 107   Filed 10/23/2006   Page 2 of 5
AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet    Imprisonment

Judgment--Page 2 of 5

Defendant: OSCAR HERNANDEZ-MARTINEZ
Case Number: 2:05-CR-235-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTEEN (15) months as to Count 1.

The Court recommends to the Bureau of Prisons that the defendant be housed as close as possible to his family near Laredo, Texas.

The defendant is remanded to the custody of the United States Marshal.

RECEIVED
2006 OCT -6 P 12:59

RETURNED AND FILED

OCT 13 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 9/11/06 to BOP at Big Spring, with a certified copy of this Judgment.

E.W. Means, Sr. Warden
United States Marshal

By P. Doporto, FC
Deputy Marshal

SCANNED

Case 2:05-cr-00235-LSC-DRB   Document 107   Filed 10/23/2006   Page 3 of 5

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) She - Supervised Release

Judgment--Page 3 of 5

Defendant: OSCAR HERNANDEZ-MARTINEZ
Case Number: CR 2:05-CR-235-LSC

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **36 months**. The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

✔ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

✔ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

AO 245 S (Rev. 7/98)(N.D.Ala. rev.) Sheet - Continuation of Standard Conditions of Supervised Release

Case 2:05-cr-00235-LSC-DRB   Document 107   Filed 10/23/2006   Page 4 of 5

Defendant: OSCAR HERNANDEZ-MARTINEZ  
Case Number: 2:05-CR-235-LSC

Judgment--Page 4 of 5

## CONTINUATION OF STANDARD CONDITIONS OF SUPERVISED RELEASE

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet (cont'd) - Supervised Release

Case 2:05-cr-00235-LSC-DRB   Document 107   Filed 10/23/2006   Page 5 of 5

Defendant: OSCAR HERNANDEZ-MARTINEZ
Case Number: 2:05-CR-235-LSC

Judgment--Page 5 of 5

### SPECIAL CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall fully cooperate with immigration officials during removal proceedings.
2) The defendant shall not reenter the United States of America without the consent of the United States government.
3) The defendant shall cooperate in the collection of DNA.